**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| EMBLEMHEALTH, INC., individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>ALEXION PHARMACEUTICALS, INC. and ALEXION PHARMA INTERNATIONAL OPERATIONS LTD.<br><br>        Defendants. | Civil Action No. 1:25-cv-10985 |

**JOINT MOTION AND STIPULATION SETTING TIME FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT, SETTING MOTION TO DISMISS BRIEFING SCHEDULE, AND REQUEST TO EXPAND PAGE LIMITS FOR MOTION TO DISMISS BRIEFING**

Plaintiff EmblemHealth, Inc. ("Plaintiff"), and Defendants Alexion Pharmaceuticals, Inc., and Alexion Pharma International Operations Ltd. ("Defendants"), by and through undersigned counsel, respectfully request that the Court enter an order extending the time for Defendants to respond to the Amended Complaint filed in this action, setting a briefing schedule for Defendants' anticipated motion to dismiss, and pursuant to LR 7.1 expanding the page limits for the briefs filed in support of and in opposition to such motion to dismiss.  In support of this request, the parties respectfully state as follows:

On May 8, 2025, the Parties filed a stipulation whereby (i) Defendant Alexion Pharmaceuticals, Inc., accepted service of the Complaint filed in this action and Defendant Alexion Pharma International Operations Ltd. waived service pursuant to Fed. R. Civ. P. 4(d), with Defendants reserving all defenses under Fed. R. Civ. P. 12 and otherwise, except as to manner of service; (ii) providing Defendants to July 22, 2025, to answer or otherwise respond to

the Complaint or an amended complaint that Plaintiff anticipated filing (provided that any amended complaint was filed on or before June 1, 2025, and did not contain any substantive changes); and (iii) providing that if an amended complaint was filed after June 1, 2025, and/or contained substantive changes, that the parties would negotiate in good faith a new responsive pleading deadline.

Plaintiff filed an amended complaint on June 24, 2025 (Dkt. No. 22) (the "Amended Complaint"). As a result of that filing date as well as the schedules of certain of Defendants' counsel, Defendants have requested a modest extension of the existing deadline to answer or file a motion to dismiss the Amended Complaint, and anticipate filing a motion to dismiss by that deadline. Defendants have also requested additional pages for their papers in support of their motion to dismiss, and have extended a reciprocal accommodation to Plaintiff. Plaintiff has assented to both requests. Accordingly, subject to the Court's approval, the parties have agreed to the following schedule and page limits for briefing on Defendants' motion to dismiss:

| Filing | Deadline | Page Limits Requested |
|---|---|---|
| Motion to Dismiss and Memorandum in Support of Motion to Dismiss | August 5, 2025 | 24 Pages (Memorandum Only) |
| Opposition to Motion to Dismiss | September 11, 2025 | 24 Pages |
| Reply in Support of Motion to Dismiss[1] | September 25, 2025 | 12 Pages |

Nothing herein shall be construed as consenting to the jurisdiction of the Court over this matter or over Defendants, or to the certification of any class in this case, and any and all such rights and defenses as Defendants may have are fully reserved.

---

[1] Defendants recognize that leave to file a reply brief must be sought and obtained pursuant to LR 7.1 (b)(3).

WHEREFORE, the parties respectfully request that the Court enter an order extending the time for Defendants to respond to the Amended Complaint filed in this action, set a briefing schedule and page limits for Defendants' anticipated motion to dismiss as set forth herein, and grant such other and further relief as is just and proper.

Dated: July 21, 2025

Respectfully submitted,

*/s/ Gregory T. Arnold*
Thomas M. Sobol (BBO No. 471770)
Gregory T. Arnold (BBO #632738)
Kristen A. Johnson (BBO # 667261)
Lauriane Williams (pro hac vice)
Hagens Berman Sobol Shapiro LLP
One Faneuil Hall Square, 5th Floor
Boston, MA 02109
Tel: 617-482-3700
tom@hbsslaw.com
grega@hbsslaw.com
lauriannew@hbsslaw.com

Mark D. Fischer (pro hac vice)
Rob C. Griffith (pro hac vice)
Rawlings & Associates, PLLC
1 Eden Parkway
La Grange, KY 40031
Tel: 502-814-2139
mdf@rawlingsandassociates.com
rg1@rawlingsandassociates.com

*Counsel for Plaintiff EmblemHealth, Inc.*

*/s/ Kenneth S. Leonetti*
Kenneth S. Leonetti (BBO No. 629515)
Natalie F. Panariello (BBO #707579)
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
Tel:  617-832-1000
kleonetti@foleyhoag.com
npanariello@foleyhoag.com

*Counsel for Defendants Alexion*
*Pharmaceuticals, Inc. and Alexion Pharma*
*International Operations Ltd.*

-3-