**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| EMBLEMHEALTH, INC., individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>ALEXION PHARMACEUTICALS, INC. and ALEXION PHARMA INTERNATIONAL OPERATIONS LTD.,<br><br>*Defendants*. | Civil Action No. 1:25-cv-10985-BEM |

**DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendants Alexion Pharmaceuticals, Inc. and Alexion Pharma International Operations Ltd. (collectively, "Alexion"), by and through their undersigned attorneys, hereby move for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c). For all the reasons set forth in the accompanying Memorandum of Law, Alexion respectfully requests that this Court enter an order dismissing all remaining claims in Plaintiff EmblemHealth, Inc.'s Amended Class Action Complaint (ECF No. 22) with prejudice, and grant such other and further relief as is just and proper.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Rule 7.1(d) of the Local Rules of the United States District Court for the District of Massachusetts, Alexion respectfully requests oral argument on this Motion.

Dated: August 28, 2026

Respectfully submitted,

*/s/ Ashley Bass*

Timothy C. Hester (*pro hac vice*)
Ashley Bass (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001

Telephone: (202) 662-6000
thester@cov.com
abass@cov.com

*/s/ Kenneth S. Leonetti*
Kenneth S. Leonetti (BBO #629515)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
Tel: (617) 832-1000
Fax: (617) 832-7000
kleonetti@foleyhoag.com

*Counsel for Defendants Alexion Pharmaceuticals, Inc. and Alexion Pharma International Operations Ltd.*

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

I hereby certify that on August 12, 2026, counsel for Alexion conferred with counsel for Plaintiff via e-mail in an effort to narrow or resolve the issues presented in this Motion. Plaintiff did not assent to the relief requested herein.

*/s/ Ashley Bass*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this document has been electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

Dated: August 28, 2026 */s/ Kenneth S. Leonetti*